SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
VANESSA BAEHR-JONES (Cal. Bar No. 281715)
Assistant United States Attorney
Violent and Organized Crime Section
    1300 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0511
    Facsimile: (213) 894-3713
    E-mail:    vanessa.baehr-jones@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 17-MJ-1486-DUTY |
|---|---|
| Plaintiff, | <u>GOVERNMENT'S NOTICE OF REQUEST FOR DETENTION</u> |
| v. | |
| MOISES MARTINEZ, | |
| Defendant. | |

    Plaintiff, United States of America, by and through its counsel of record, hereby requests detention of defendant and gives notice of the following material factors:

☐   1.    Temporary 10-day Detention Requested (§ 3142(d)) on the following grounds:

    ☐   a.    present offense committed while defendant was on release pending (felony trial),

    ☐   b.    defendant is an alien not lawfully admitted for permanent residence; <u>and</u>

1  ☐ c. defendant may flee; or
2  ☐ d. pose a danger to another or the community.
3  ☒ 2. Pretrial Detention Requested (§ 3142(e)) because no
4     condition or combination of conditions will reasonably
5     assure:
6  ☒ a. the appearance of the defendant as required;
7  ☒ b. safety of any other person and the community.
8  ☐ 3. Detention Requested Pending Supervised Release/Probation
9     Revocation Hearing (Rules 32.1(a)(6), 46(d), and 18 U.S.C.
10    § 3143(a)):
11 ☐ a. defendant cannot establish by clear and convincing
12    evidence that he/she will not pose a danger to any
13    other person or to the community;
14 ☐ b. defendant cannot establish by clear and convincing
15    evidence that he/she will not flee.
16 ☒ 4. Presumptions Applicable to Pretrial Detention (18 U.S.C.
17    § 3142(e)):
18 ☐ a. Title 21 or Maritime Drug Law Enforcement Act ("MDLEA")
19    (46 U.S.C. App. 1901 et seq.) offense with 10-year or
20    greater maximum penalty (presumption of danger to
21    community and flight risk);
22 ☐ b. offense under 18 U.S.C. §§ 924(c), 956(a), 2332b, or
23    2332b(g)(5)(B) with 10-year or greater maximum penalty
24    (presumption of danger to community and flight risk);
25 ☒ c. offense involving a minor victim under 18 U.S.C.
26    §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251,
27    2251A, 2252(a)(1)-(a)(3), 2252A(a)(1)-2252A(a)(4),
28

1    ☒    e.    any felony not otherwise a crime of violence that involves a minor victim or the possession or use of a firearm or destructive device (as defined in 18 U.S.C. § 921), or any other dangerous weapon, or involves a failure to register under 18 U.S.C. § 2250;

☒    f.    serious risk defendant will flee;

☐    g.    serious risk defendant will (obstruct or attempt to obstruct justice) or (threaten, injure, or intimidate prospective witness or juror, or attempt to do so).

☐    6.    Government requests continuance of _____ days for detention hearing under § 3142(f) and based upon the following reason(s):

_____

_____

_____

//
//
//
//
//
//
//
//
//
//
//
//

4

7. Good cause for continuance in excess of three days exists in that:

_____
_____
_____
_____

Dated: June 29, 2017                Respectfully submitted,

                                    SANDRA R. BROWN
                                    Acting United States Attorney

                                    LAWRENCE S. MIDDLETON
                                    Assistant United States Attorney
                                    Chief, Criminal Division

                                    /s/
                                    _____
                                    VANESSA BAEHR-JONES
                                    Assistant United States Attorney

                                    Attorneys for Plaintiff
                                    UNITED STATES OF AMERICA